USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARED PAUL STERN,

               Plaintiff,

     - against -

NEWS CORPORATION d/b/a NEW YORK POST,

             Defendant.

**ORDER**

**08 Civ. 7624 (DAB) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

The status conference scheduled for December 1, 2009, has been adjourned to **February 9, 2010**, at **10:00 a.m.**, in **Courtroom 18D, 500 Pearl Street**.

No request for adjournment will be considered unless made at least **three business days** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 30th day of November 2009**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**