USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JARED PAUL STERN,

               Plaintiff,

        -against-                    08 Civ. 7624 (DAB)
                                       ORDER

NEWS CORPORATION,

               Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Plaintiff's letter of July 20, 2010. On May 26, 2010, the Court granted the Defendant an extension until June 30, 2010 to file a its proposed Motion for Summary Judgment. Accordingly, Defendant's June 30, 2010 Motion was timely filed.

    Further, as to the Court's July 1, 2010 Order denying Plaintiff's Rule 72(a) Objection and Motion to Reverse the decision of Magistrate Ellis, Local Rule of Civil Procedure 6.1(b) provides that for motions such as those under Federal Rule of Civil Procedure 72(a), "reply affidavits and memoranda of law shall be served within seven days after service of the answering papers." Thus, although the Defendant's response to the Rule 72(a) Motion was received by the Court on May 25, 2010, Plaintiff did not submit his reply until July 8, 2010, far beyond the time permitted by the local rules and well beyond any additional time that the Court would sua sponte provide the Plaintiff due to his

pro se status.

Finally, to the extent the Plaintiff seeks reconsideration of the Court's July 1, 2010 Order on the basis of his July 8, 2010 letter submission, that motion is denied. Nothing in Plaintiff's July 8, 2010 submission changes the Court's July 1, 2010 finding that Magistrate Ellis was not clearly erroneous in finding that neither Mr. Murdoch, Ms. Gavenchak, Mr. Allan, nor Mr. Johnson would have evidence relevant to Plaintiff's claims. SO ORDERED.

Dated:   New York, New York
         July 26, 2010

                                          Deborah A. Batts
                                    United States District Judge