USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JARED PAUL STERN,

                    Plaintiff,        08 Civ. 7624 (DAB)(RLE)
                                        ADOPTION OF REPORT
                                        AND RECOMMENDATION

              -against-

NEWS CORPORATION d/b/a NEW YORK
POST,

                    Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

      This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge Ronald L. Ellis, which was filed October 14, 2010. Plaintiff's Complaint in this matter alleges false light invasion of privacy, defamation, and tortious interference with business relations arising out of an article published in the New York Post, as well as statements from New York Post employees that were published by other news outlets. The Report recommends that Defendant's Motion for Summary Judgment be GRANTED.

      According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b)(2) (stating that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). On November 1, 2010, Defendant

News Corporation filed a "Limited Objection" to the Report, in which it agreed that the Motion for Summary Judgment should be granted, but maintained that three additional points of law advanced in its moving papers should have been adopted. (Metcalf Decl., p. 2.) Plaintiff did not file objections to the Report.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), and having conducted a *de novo* review of Defendant's limited objections, this Court agrees with Magistrate Judge Ellis that Defendant's Motion for Summary Judgment should be granted in its entirety. Accordingly, it is not necessary to resolve Defendant's Limited Objection, since it does not affect the ultimate resolution of the motion.

It is ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 37, of United States Magistrate Judge Ronald L. Ellis, dated October 14, 2010, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Defendant's Motion for Summary Judgment is GRANTED;

3. The Clerk of Court is directed to CLOSE the docket in this case.

SO ORDERED.

DATED: New York, New York
December 16, 2010

Deborah A. Batts
United States District

2